IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAISAL SALMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2544 |
| | § | |
| NORTH AMERICAN BENEFITS COMPANY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Salman's motion to strike defendant Abraham & Associates, PLLC's answer, (Docket Entry No. 30), is granted. "A corporation can appear in a court of record only by an attorney at law." *Paradise Vill. Children's Home Inc. v. Liggins*, 78 F. Ap''x 930, 931 (5th Cir. 2003) (citing *Southwest Express Co. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982)). Abraham & Associates has until **April 17, 2013** to seek counsel and refile its answer.

SIGNED on March 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge